| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| | Jon D. Meer (SBN 144389) |
| 2 | E-mail: jmeer@seyfarth.com |
| | Jonathan L. Brophy (SBN 245223) |
| 3 | E-mail: jbrophy@seyfarth.com |
| | Romtin Parvaresh (SBN 301554) |
| 4 | E-mail: rparvaresh@seyfarth.com |
| | Sofya Perelshteyn (SBN 320931) |
| 5 | E-mail: sperelshteyn@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 6 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 7 | Facsimile:   (310) 201-5219 |
| 8 | Attorneys for Defendants |
| | INGLEWOOD SPORTSERVICE, INC.; |
| 9 | DELAWARE NORTH COMPANIES, INCORPORATED |

*[Additional Counsel on Next Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MEJIA, on behalf of herself and others similarly situated, | Case No. 2:20-cv-09564-OWD-MRW |
| | [Hon. Otis D. Wright, II; Courtroom 5D] |
| Plaintiff, | **CLASS ACTION** |
| v. | **JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16-15.7, AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| INGLEWOOD SPORTSERVICE, INC.; DELAWARE NORTH COMPANIES, INCORPORATED and DOES I to 100, Inclusive, | |
| Defendant. | Complaint Filed:        March 25, 2020 |
| | Pretrial Conference:  October 3, 2022 |
| | Trial Date:                 October 25, 2022 |

NOTICE OF SETTLEMENT

93396838v.1

1  Lavi & Ebrahimian, LLP
   Joseph Lavi (SBN 209776)
2  E-mail: jlavi@lelawfirm.com
   Vincent C. Granberry (SBN 276483)
3  E-mail: vgranberry@lelawfirm.com
   Pooja V. Patel (SBN 317891)
4  E-mail: ppatel@lelawfirm.com
   8889 W. Olympic Blvd., Suite 200
5  Beverly Hills, California 90211
   Telephone: (310) 432-0000
6  Facsimile: (310) 432-0001

7  Attorneys for Plaintiff TIFFANY
   MEJIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Central District of California Local Rule 16-15.7, Plaintiff Tiffany Mejia and Defendants Inglewood Sportservice, Inc. and Delaware North Companies, Incorporated (collectively, the "Parties") have agreed to settlement terms which have been memorialized in a written agreement.

The Parties are in the process of executing the terms of settlement. The Parties anticipate filing a Joint Stipulation for Dismissal with Prejudice of the entire action, pursuant to Federal Rule of Civil Procedure 41, within the next 60 days.

In light of the Parties' settlement, the Parties respectfully request that the Court vacate all current dates, so that they may complete certain conditions precedent before filing the Joint Stipulation For Dismissal.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 23, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Sofya Perelshteyn*
Sofya Perelshteyn
Attorneys for Defendants
INGLEWOOD SPORTSERVICE, INC.; DELAWARE NORTH COMPANIES, INCORPORATED

DATED: March 22, 2023

Respectfully submitted,

LAVI & EBRAHIMIAN, LLP

By: */s/ Vincent C. Granberry*
Joseph Lavi
Vincent C. Granberry
Attorneys for Plaintiff
TIFFANY MEJIA

93396838v.1