| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| | Jon D. Meer (SBN 144389) |
| 2 | E-mail: jmeer@seyfarth.com |
| | Jonathan L. Brophy (SBN 245223) |
| 3 | E-mail: jbrophy@seyfarth.com |
| | Romtin Parvaresh (SBN 301554) |
| 4 | E-mail: rparvaresh@seyfarth.com |
| | Sofya Perelshteyn (SBN 320931) |
| 5 | E-mail: sperelshteyn@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 6 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 7 | Facsimile:    (310) 201-5219 |
| 8 | Attorneys for Defendants |
| | INGLEWOOD SPORTSERVICE, INC.; |
| 9 | DELAWARE NORTH COMPANIES, INCORPORATED |
| 10 | |
| 11 | *[Additional Counsel on Next Page]* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MEJIA, on behalf of herself and others similarly situated, | Case No. 2:20-cv-09564-OWD-MRW |
| Plaintiff, | [Hon. Otis D. Wright, II; Courtroom 5D] |
| v. | **CLASS ACTION** |
| INGLEWOOD SPORTSERVICE, INC.; DELAWARE NORTH COMPANIES, INCORPORATED and DOES I to 100, Inclusive, | **JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION** |
| | Complaint Filed:    March 25, 2020 |
| Defendant. | [Proposed Order lodged concurrently herewith] |

Lavi & Ebrahimian, LLP
Joseph Lavi (SBN 209776)
E-mail: jlavi@lelawfirm.com
Vincent C. Granberry (SBN 276483)
E-mail: vgranberry@lelawfirm.com
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff TIFFANY MEJIA

1  Plaintiff Tiffany Mejia and Defendants Inglewood Sportservice, Inc. and Delaware North Companies, Incorporated (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on March 25, 2020, Plaintiff filed this putative wage-and-hour class action lawsuit against Defendants in Los Angeles County Superior Court, asserting seven causes of action: (1) Failure To Pay Wages For All Hours Worked At Minimum Wage In Violation Of Labor Code Sections 1194 And 1197; (2) Failure To Pay Proper Overtime Wages For Daily Overtime Worked, All Hours Worked In Violation Of Labor Code Sections 510, 1194, And 1198; (3) Failure To Authorize Or Permit Meal Periods In Violation Of Labor Code Sections 512 And 226.7; (4) Failure To Authorize Or Permit Rest Periods In Violation Of Labor Code Sections 226.7; (5) Failure To Provide Complete And Accurate Wage Statements In Violation Of Labor Code Sections 226; (6) Failure To Timely Pay All Earned Wages And Final Paychecks Due At Time Of Separation Of Employment In Violation Of Labor Code Sections 201, 202, And 203; and (7) Unfair Business Practices, In Violation Of Business And Professions Code Section 17200, *et seq*.

**WHEREAS**, on October 16, 2020, Defendants filed an Answer to Plaintiff's Complaint.

**WHEREAS**, on October 19, 2020, Defendants removed this action to this Court. (Dkt. 1.)

**WHEREAS**, on February 16, 2021, the Court issued a Scheduling and Case Management Order, which set a deadline of March 7, 2022 for Plaintiff to file her Motion for Class Certification. (Dkt. 13.)

**WHEREAS**, on February 25, 2022, Plaintiff filed an *Ex Parte* Application seeking to extend her deadline to file her class certification motion. (Dkt. 25.)

**WHEREAS**, on February 29, 2022, the Court denied Plaintiff's *Ex Parte* Application, thereby maintaining the March 7, 2022 deadline for Plaintiff to file her Motion for Class Certification. (Dkt. 27.)

2
JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION

94176605v.2

**WHEREAS**, Plaintiff did not move for class certification by the March 7, 2022 deadline. As a result, this lawsuit now involves only Plaintiff's individual claims and no class claims.

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared."

**WHEREAS**, all Parties who have appeared in this action join in this stipulation of dismissal.

**WHEREAS**, no class has been certified and no putative class members will be bound by this dismissal.

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

1. Plaintiff's individual claims shall be dismissed with prejudice;
2. Plaintiff's class claims shall be dismissed without prejudice;
3. All future dates shall be vacated and this matter shall be deemed closed; and
4. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**[SIGNATURES ON NEXT PAGE]**

| | | |
|---|---|---|
| 1 | DATED: April 28, 2023 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 3 | | |
| 4 | | By: */s/ Sofya Perelshteyn* |
| 5 | | Sofya Perelshteyn<br>Attorneys for Defendants<br>INGLEWOOD SPORTSERVICE, INC.; DELAWARE NORTH |
| 6 | | COMPANIES, INCORPORATED |
| 7 | DATED: April 27, 2023 | Respectfully submitted, |
| 8 | | LAVI & EBRAHIMIAN, LLP |
| 10 | | By: */s/ Joseph Lavi* |
| 11 | | Joseph Lavi<br>Vincent C. Granberry<br>Attorneys for Plaintiff |
| 12 | | TIFFANY MEJIA |

4

JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION

94176605v.2