JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TIFFANY MEJIA,<br><br>             Plaintiff,<br><br>      v.<br><br>INGLEWOOD SPORTSERVICE, INC. et al.,<br><br>             Defendants. | Case № 2:20-cv-09564-ODW (MRWx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation to Voluntarily Dismiss Action, hereby **DISMISSES** the above-entitled action. Plaintiff's individual claims shall be **DISMISSED WITH PREJUDICE**. Plaintiff's class claims shall be **DISMISSED WITHOUT PREJUDICE**. Notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice.

Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 1, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE